Printed: 04/13/11 04:41 PM

# Claims Distribution Small Checks

Page: 1

Case: 09-51643 - BJORKLUND, BARRY C

Trustee: ROBERT R. KANUIT (430160)

RECEIVED
2011 APR 18 AM 9:10
U.S. BANKRUPTCY COURT
DULUTH, MN

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920043253391866 | 119 | 04/13/11 | 10 | 06/10/10 | 610 | U.S. Bankruptcy Court Payee: M.C.C. | 126.61 | 126.61 | 3.91 | 3.91 |

Check Amount: $3.91

(*) Denotes objection to Amount Filed